VINCENZO TELESCA, Respondent, *v.* THE EBLING BREWING COMPANY et al., Appellants.

*Telesca* v. *Ebling Brewing Co.*, 161 App. Div. 942, affirmed.
(Argued March 7, 1916; decided March 21, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 27, 1914, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court. The plaintiff is the owner in fee of premises in the village of Port Chester, and for a number of years conducted the business of trafficking in liquors on said premises. On the 15th of September, 1909, there was issued to one John Sabio, a certificate for the said premises, which certificate authorized Sabio to traffic in liquors on said premises from the 1st day of October, 1909, to the 1st day of October, 1910. The defendant corporation advanced the amount of the tax thereon, and said Sabio executed a power of attorney to the defendant corporation, which power of attorney among other things authorized and permitted the transfer by the said defendant corporation

of the said liquor tax certificate. The action is brought to recover damages arising from the alleged fraudulent transfer of the liquor tax certificate to other premises.

*William F. Bleakley* for appellants.

*Benjamin I. Taylor* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.